UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 02-095ML** **DATE: June 30, 2005**

**TITLE: USA v. Hiawatha Burks**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Stephanie Browne - Govt**
**Joseph DeCaporale - for Deft**
**Michael Perry - U.S. Probation**

**PROCEEDINGS:** **Re-Sentencing Hearing (on remand from U.S. Court of Appeals)**
**Date of Original Entry of Judgment: 8/12/2003**
**(imposed on 8/7/2003)**

**Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence: 120 mos' imprisonment as to Counts I through VII (concurrent terms); followed by 3 yrs' supervised release as to Counts I through VII (concurrent terms), with special condition that deft is to participate in Probation-approved substance-abuse treatment program, to include up to 72 drug tests per year. The Court reimposes the $700 special assessment, less any payments already paid. No fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**
**NOTE: Count VIII was dismissed on govt motion at time of original sentencing on 8/7/2003.**