CR. 02-95ML

Clerk of Court
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, Rhode Island 02903

Date: 7-5-05

RECEIVED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Hiawatha Burks - I.D.# 05235-070
F.C.I Otisville
P.O Box 1000
Otisville, New York 10963

RE: Case # 03-2126

I would like to appeal my sentence and am aware, I only have ten working days.

I've tried numerous times to get incontact with my Attorney, but only get the run around by his secretary.

Thank you for your time

By: Hiawatha Burks

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 12 P 2:20
FILED