UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

July 13, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

CR 02-095ML
USA v. Hiawatha Burks

CCA# 05-2075

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel
Deputy Clerk

Encl.: **Case file, incl. Doc# 44 (original transcript of 5/15/03 C/Plea Hearing); J&C's Statement of Reasons [sealed]; PSR [sealed]**
**Certified docket**

20