Judge Lisi
USDCRI
02-00095

# United States Court of Appeals
## For the First Circuit

---

No. 05-2075

UNITED STATES,

Appellee,

MANDATE

v.

HIAWATHA BURKS,

Defendant, Appellant.

---

**JUDGMENT**

Entered: August 1, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Russell

Deputy Clerk

Date: 8/23/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Goldstein, Mr. Lockhart, & Mr. Hansen.]