UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HIAWATHA BURKS

vs. CR 02-095ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to " Motion to Vacate, Set Aside or Correct Sentence under § 2255 for Writ of Habeas Corpus by a person in federal custody." Said response will be filed on or before

**November 30, 2007.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
October 30 , 2007

Entered as an Order of this Court on October 31 , 2007.

Barbara Barletta
Deputy Clerk