RECEIVED

DEC 10 2007

Property of U.S. District Court
District of Rhode Island

Clerk of Courts
District of Rhode Island
Fleet Center
50 Kennedy Plaza, Eighth floor
Providence, Rhode Island 02903

Hiawatha Burks
vs
UNIted States of America

# Cr. No: 02-095ML

Dear Clerk of Court:

Please be advised that the above Captioned petitioner requests an extention of 45 days in order to file a response to Defendant's answer.

Petitioner is Pro Se and the limited resources available, because of incarceration, requires more time.

This is the first extension Petitioner has requested. Thank you for considerating this request.

Sincerly:

Hiawatha Burks